UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  - against -

EDUARDO HERNANDEZ,
    also known as "Ghost,"
CHRISTOPHER FLAGG,
    also known as "Venus,"
DAQUAN LLOYD,
    also known as "Payday," and
COREY ORTIZ,
    also known as "Jefe,"

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

23 CV 8110 (GRB)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Government's Memorandum of Law in Support of Application To Intervene and To Stay Civil Proceedings, the United States will move this Court on a date and time to be designated by the Court, before the Honorable Gary R. Brown, United States District Judge, at the United States Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722, pursuant to Rule 24 of the Federal Rules of

Civil Procedure, for intervention for the purpose of seeking a stay of civil proceedings, and for such other relief as the Court deems appropriate.

Dated: Central Islip, New York
      April 1, 2024

                                      Respectfully submitted,

                                      BREON PEACE
                                      United States Attorney

                                      /s/ Sara K. Winik
                                      Jonathan P. Lax
                                      Sara K. Winik
                                      Assistant U.S. Attorneys
                                      (718) 254-7000

Cc:   Clerk of the Court (GRB)
       Counsel of Record (By ECF)
       Pro Se Defendants via Criminal Case Counsel of Record (by e-mail)